IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ERIC FIERRO,

    Petitioner,

v.
                                                                                   No. CV 17-832 KG/CG

R.C. SMITH, et al.,

    Respondents.

## FINAL JUDGMENT

THE COURT, having issued its *Memorandum Opinion and Order Adopting the Magistrate Judge's Proposed Findings and Recommended Disposition*, (Doc. 31), enters this Judgment in compliance with Rule 58 of the Federal Rules of Civil Procedure. Petitioner's *Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody*, (Doc. 1), is DENIED. Additionally, pursuant to Rule 11 of the Rules Governing Section 2254 Proceedings for the United States District Courts, the Court DENIES a certificate of appealability.

    IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE